UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK MORRIS,<br><br>Defendant. | CASE NO. 1:21-cr-87<br><br>JUDGE DLOTT<br><br>INFORMATION<br><br>18 U. S. C. § 641<br>42 U. S. C. § 408(a)(7)(B) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Theft of Public Money)**

From in or about January 2004, and continuing through in or about July 2020, in the Southern District of Ohio, the defendant, **FRANK MORRIS**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $123,471.26.

**In violation of 18 U.S.C. § 641.**

## COUNT 2
### (False Representation of a Social Security Number)

On or about February 5, 2018, in the Southern District of Ohio, the defendant, **FRANK MORRIS,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-6245, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

## COUNT 3
### (False Representation of a Social Security Number)

On or about November 4, 2020, in the Southern District of Ohio, the defendant, **FRANK MORRIS,** for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-6245, to be the social security account number assigned by the Commissioner of Social Security to him, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

**In violation of 42 U. S. C. § 408(a)(7)(B).**

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*/s/ Timothy Landry*

**TIMOTHY LANDRY (MA 669554)**
**SPECIAL ASSISTANT U.S. ATTORNEY**